FILED

2009 Apr-28  AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT H. DUKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. CV-08-RRA-1678-S |
| vs. | ) | |
| | ) | |
| MSI INVENTORY SERVICE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**Memorandum Opinion**

This is a civil action filed by the plaintiff, Robert H. Duke, against the defendant, MSI Inventory Service Corp.  The case is presently before the court on the Motion to Dismiss, or in the Alternative for Summary Judgment, filed by the Defendant.  (Doc. 11.)  The pro se plaintiff has filed no response to the motion.

On April 9, 2009, the magistrate recommended that the motion be granted and this case dismissed.  The plaintiff has objected to the recommendation and the motion has been referred to the undersigned judge for review.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objection thereto, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will

be entered.

DONE this the 28th day of April, 2009.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE